# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1375. ROBERT RAYMOND ROSS III v. ENVOY AIR INC.

In this civil action, the trial court granted Envoy Air Inc.'s motion for summary judgment on December 21, 2024. Robert Ross filed a notice of appeal on January 24, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Here, Ross filed his notice of appeal 34 days after entry of the order he seeks to appeal.[1] As such, his notice of appeal was untimely.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/08/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] We note that the DeKalb County Superior Court declared an emergency because of severe weather on January 21, 2025, and January 22, 2025. In order to appeal the December 21 order, Ross was required to file a notice of appeal on January 23, 2025. The DeKalb County Superior Court was open and accepting filings on January 23, 2025.